UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AGUILAR, | ) Case No. 2:24-cv-00340-CBM-JC |
| Petitioner, | ) |
| v. | ) |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("First Amended Petition") and all of the records herein, including the parties' submissions in connection with Respondents' Motion to Dismiss the First Amended Petition ("Motion to Dismiss") and the November 25, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that (1) the Motion to Dismiss is granted; (2) the First Amended Petition and this action are dismissed with prejudice as barred by the statute of limitations; and (3) Judgment be entered accordingly.

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2   the Judgment herein on Petitioner and counsel for Respondents.
3   IT IS SO ORDERED.

5   DATED: January 15, 2025

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE